433 A.2d 556

Commonwealth v. Brown, Appellant.

Submitted March 6, 1980.   Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

433 A.2d 557

Commonwealth v. Cansler, Appellant.

Submitted November 14, 1980.   John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

DiSALLE, J., filed a memorandum concurring statement.